UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLUM ISLAND SOAP COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>DANIELLE AND COMPANY, INC., a<br>Pennsylvania corporation, and DANIELLE<br>KELLI FLEMING<br><br>Defendant | Docket Number<br><br>1:11-cv-11033 |

## MOTION OF THE PLAINTIFF FOR A PRELIMINARY INJUNCTION

NOW COMES the Plaintiff, Plum Island Soap Company, LLC ("Plum Island"), and requests that this Honorable Court enter a preliminary injunction, pursuant to Fed. R. Civ. P. 65 and 15 U.S.C. § 1116:

1.      Enjoining the Defendants from using Plum Island's trademark and/or "can motif" trade dress, or any colorable imitation thereof;

2.      Enjoining the Defendants from using any trademark or trade dress that imitates or is confusingly similar to or in any way similar to Plum Island's trademark "The Man Can", or "can motif" trade dress or that is likely to cause confusion, mistake, deception, or public misunderstanding as to the origin of Plum Island's products or their connectedness to Defendant;

3.      Ordering the Defendants to file with the court and serve on the Plaintiff within thirty days after the service on the defendant of such injunction a report in writing under oath setting forth in detail the manner and form in which the defendant has complied with the injunction;

4.      Ordering the Defendants to file with the Court and serve on the Plaintiff within thirty days after the service on the Defendants of such injunction a report in writing under oath an accounting of all sales (including unit sales and the gross sales and revenues) of those products identified by the Defendants as "The Man Can", "The Manly Man Can", "The Classic Man Can", or any other products containing the phrase "Man Can" in their title or that use a paint can trade dress; and

5.      Entering any other order that this Court deems proper.

In support of this memorandum, the Plaintiff submits a memorandum of law and a proposed order.

Respectfully submitted,

MICHELE A. ULCHAK,

by her attorneys,

/s/ Jeffrey S. Baker
Jeffrey S. Baker
BAKER & ASSOCIATES, P.C.
Two West Hill Place, Suite 100
Boston, MA 02114
Phone: (617) 573-9505
Fax: (617) 573-9503
E-mail: bakerlaw@aol.com
BBO#544929

and

/s/ Patrick M. Groulx
Patrick M. Groulx
POLIS LEGAL
P.O. Box 45504
Somerville, MA 02145
Phone: (978) 549-3124
Fax: (617) 500-9955
E-mail: pgroulx@polislegal.com
MA BBO No. 673394; NH No. 20376

and

/s/ David Herlihy
David Herlihy
LAW OFFICE OF DAVID HERLIHY
14 Staniford Street
Newton, MA 02466
Phone :(617) 964-4006
Fax: (617) 964-4016
E-mail: david@herlihylaw.com
BBO No. 541907

Dated: June 9, 2011

**<u>Certificate of Service</u>**

On this day, June 9, 2011, I affirm that I served on all parties in this action to their attorney by first class mail this document and any exhibits.

/s/ Patrick M. Groulx
Patrick M. Groulx