UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PLUM ISLAND SOAP COMPANY, LLC

Plaintiff,

v.

DANIELLE AND COMPANY, INC., a
Pennsylvania corporation, and
DANIELLE KELLI FLEMING, individually

Defendants

Docket Number

1:11-cv-11033

## AFFIDAVIT OF MICHELE A. ULCHAK

Background

I, Michele A. Ulchak, on personal knowledge information and belief, and on oath depose and state the following:

1.    I am the founder of a Massachusetts based business called The Plum Island Soap Company, LLC.

2.    It is a Limited Liability Company and my trade name is The Plum Island Soap Company.

3.    I started this business as a sole proprietorship in 1999.

4.    After I incorporated the business, the Limited Liability Company became the owner of all of the assets of the sole proprietorship, including all such intellectual property relating to the products of Plum Island Soap Company as well as the trademarks.

5.    The principal place of business of The Plum Island Soap Company is 205 Northern Blvd., Newburyport, MA 01950

6.    The Plum Island Soap Company manufactures and markets high quality, all natural body products including but not limited to soaps, gels, oils and the like.

7.     The Plum Island Soap Company markets, sells and distributes these products to both men and women on a wholesale and retail basis and throughout the US and Canada and via the Internet.

8.     The Plum Island Soap Company is recognized throughout the United States and Canada as a source of high quality, organic, all natural products with the highest standards of manufacture.

<u>Marketing and Promotional Activities</u>

9.     The Plum Island Soap Company actively develops and maintains a wide variety of marketing and promotional strategies and campaigns. These activities include maintaining an active web site, taking out advertisements in trade publications and spending significant time attending/advertising at various trade shows, including the trade shows in Boston, Philadelphia, Atlanta, & New York.

10.    Once such trade show Plum Island Soap Company has participated in was the Philadelphia Gift Show trade show in Pennsylvania.

11.    The Philadelphia Gift Show trade show produced a trade publication for the exhibitors and attendees.

12.    The Plum Island Soap Company routinely has taken out ads in each of the years it participated in the Philadelphia Gift Show Trade Show.

13.    The Plum Island Soap Company also has taken out a full page ad in national trade publications  (Gift Ware News) that targets The New York Gift Show, The Expo East Gift Show, The Expo West Gift Show, The Chicago Gift Mart and national shows across the country when we do not physically attend said shows.

14.    The objective of or extensive promotional marketing activities is to expose our product line to the wholesale and retail buying public throughout the US and Canada.

15.    Plum Island Soap Company has spent considerable time, resources, effort and money developing products and packaging to make Plum Island Soap Company products attractive to the purchasing public.

16.    Plum Island Soap Company has expended significant time, money, and effort to establish public recognition of its products.

17.     Plum Island Soap Company has conducted significant research, including the evaluation market data to develop effective packaging, branding and design strategies.

Development of "The Man Can" Product, Trademark, Trade Dress

18.     In 2003, after conducting significant market research and analysis, Plum Island Soap Company developed the concept, "can motif" trade dress, white label with black, block lettering and trade mark known as "The Man Can" (Exhibit 1).

19.     The essence of the Man Can branding and marketing approach deploys the prototype of a paint can and large, rough hewn black block lettering which our research indicates targets a masculine audience and is appealing to both men and women.

20.     The intent of the Man Can manifestation is to provide a recognizable form of trade dress that would be appealing to men. To the best of my knowledge and belief, Plum Island Soap Company was the first and only soap and bath product manufacturer utilizing a paint can motif as a gift basket for men's toiletries.

21.     The distinctiveness of "The Man Can" derives from the idea that men use paint cans and that the words "man" and "can" rhyme, thereby creating a memorable impression in the mind of the purchasing pubic.

22.     Plum Island Soap Company has expended significant time, money, effort and resources to establish the purchasing public's recognition of The Man Can trademark and distinctive "can motif" packaging and trade dress as identifying Plum Island Soap Company as the source of high quality, all natural bath products, toiletries and body care accessories. Plum Island Soap Company has established substantial good will in this mark, trade dress and packaging.

23.     Since 2003 and through the date hereof, Plum Island Soap Company has enjoyed sales of approximately 20,000 units of The Man Can in all fifty states and in Canada. Plum Island Soap Company has received gross income in excess of two hundred thousand dollars ($200,000.00) from sales of THE MAN CAN.

24.     In 2010 Plum Island Soap Company obtained a federal trademark certificate no 3,833,999  for the Man Can. (Exhibit 2). This trademark is the intellectual property of Plum Island Soap Company LLC.

25.   As previously noted Plum Island Soap Company participated as a vendor in a trade show know as the Philadelphia Gift Show trade show and located in Pennsylvania.

26.   Plum Island Soap Company placed an ad in the Philadelphia Gift Show trade show publication, the proof and invoice for which is attached hereto. (Exhibit 3).

27.   "The Man Can" caused substantial positive interest among the attendees at the Philadelphia Gift Show in Pennsylvania. I received numerous inquiries from vendors, representatives and agents including the Show Promoters at our booth to view and learn more about this unique and sensational product called "The Man Can".

Danielle and Company

28.   On information and belief, there exists a competitor of Plum Island Soap Company known as "Danielle and Co., a bath & beauty care company located in Pennsylvania. (Exhibit 4).

29.   Danielle and Co. sells bath & beauty care products, items for consumption in the same product field and with the same target market as those of Plum Island Soap Company. I do not believe however that the quality of their products is as carefully maintained or of the same high standards as Plum Island Soap Company.

Discovery of Danielle and Company's infringement

30.   It was in the Fall of 2009, when I first learned about Danielle and Company's infringement of our product through Diane Sirard from Soak, Inc., a retailer with whom I do business and to whom we supply our full line of products, including the Man Can.

31.   Ms. Sirard told me that she was searching for product lines to bring into her store and came across the Danielle and Company line of products. While browsing the Internet she spotted what she thought was Plum Island Soap Company's "The Man Can" and was confused as to why we would be selling our products to a competitor. Upon closer analysis she realized it was not our product. She called me immediately to inform me as follows, "Your Man Can is getting ripped off. It looks exactly like The Man Can and its bath and body products for men."

32.   I immediately looked at the Danielle and Company website, and on October 27 2009, I confirmed that Danielle and Company was, in fact, infringing on The Man Can trademark and trade dress. I have attached a screen shot from from http://danielleandcompany.com, the Danielle and Company website,

which shows three examples of such infringement "The Manly Man Can", "The Modern Man Can" and "The Classic Man Can". (Exhibit 5).

Written Communication with Danielle and Company.

33. Upon my discovery of Danielle and Company's infringement, I promptly retained legal counsel, who sent, on my behalf and under my instruction, a letter to Danielle and Company, dated November 20, 2009, informing Danielle and Company of Plum Island Soap Company's superior rights and demanding that Danielle and Company cease and desist any further infringing use of any similar trade marks and trade dress. The letter put Danielle and Company on notice that the failure to cease and desist from infringing would likely result in the award of treble damages with costs and fees. (Exhibit 6).

34. On our about December 15, 2009, Danielle and Company acknowledged receipt of the cease and desist letter (Exhibit 7).

35. On or about Feb 3, 2010, Danielle and Co by and through its counsel provided a substantive, yet insufficient and inadequate response to the cease and desist letter because, among other issues, the response by Danielle and Company failed to address Danielle and Company's infringement of my distinctive "can motif" trade dress. (Exhibit 8)

36. On or about April 1, 2010 my attorney sent a letter to their attorney informing them that Danielle and Company's response failed to correct the infringement of my trade dress. (Exhibit 9).

37. In responding to my attorney's correspondence dated April 1, 2010 Danielle and Company, on or about April 16, 2010, once again failed to take any corrective measures to cease any continuing infringement of my trade dress. (Exhibit 10)

38. On or about May 13, 2010, almost six full months after my attorney's original letter to Danielle and Company put it on notice concerning Plum Island Soap Company's rights to the Man Can trademark and trade dress, I browsed the Danielle and Company's website and saw that they were continuing use the "can motif" trade dress. (Exhibit 11).

39. On August 17, 2010 The United States Patent and Trademark Office issued a trademark certificate, number 3,833,999 for "The Man Can" (ex 2).

40. On November 5, 2010, my attorney sent yet another letter to Danielle and Company's legal representative informing them of the Federal Trademark Registration and demanding yet again that they cease and desist any further infringement. (Exhibit 12).

41.     On or about December 11, 2010, counsel for Danielle and Company provided yet another inadequate response to Danielle and Company's ongoing infringement of my trademark and trade dress. The attorney represented that he would confer with Danielle and Company and attempt to follow up with us "by the end of this week". However, the attorney failed to follow up after that communication. (Exhibit 13).

Actual Instances of Consumer Confusion and Mistake as to the Origin of THE MAN CAN.

42.     On May 18, 2011, I received an email from a potential customer who was interested in purchasing THE MAN CAN for her newly-opened boutique in Hampton, Virginia (Exhibit 14). This potential consumer mistakenly believed she saw THE MAN CAN while attending the New York International Gift Fair (NYIGF) in 2009. However, Plum Island Soap Company has never exhibited at the NYIGF. This is an actual instance of a potential customer being confused and/or deceived as to the origin of THE MAN CAN.

43.     Danielle exhibited her product at the NYIGF in 2009. After receiving this email from the confused and/or deceived potential customer, I further researched Danielle and Company and discovered two relevant press releases. In the first press release, dated January 12, 2009 (after The Man Can had been on the market for five years), Danielle and Company announced that they would be showcasing their products at the NYIGF (Exhibit 15). In the second press release, dated July 6, 2009, Danielle and Company announced the launch of their infringing Man Can, "Danielle and Company's **Man Cans**, the perfect gift for Men this holiday Season" (Exhibit 16). In that same letter, Danielle took credit for the paint can motif, even though The Man Can had been on the market (including in Pennsylvania) for approximately five years.

44.     The latter press release was issued six just weeks prior to the NYIGF, which ran from Saturday, August 15, through Thursday, August 20, 2009. It was shortly after the NYGIF, that I began receiving inquiries and communications from the consuming public, expressing confusion about THE MAN CAN.

45.     I also received numerous written communications from Plum Island Soap Company customers, expressing confusion as to whether Danielle and Company's line of "can motif" products was produced by Plum Island Soap Company and/or endorsed by Plum Island Soap Company. As an example of same, I have attached to this affidavit three such emails. (Exhibit 17).

Massachusetts Jurisdiction

46.     I have located and reviewed Danielle and Company's website, at http://danielleandcompany.com.

47.   Danielle and Company advertises on its website that its products are available in the Commonwealth of Massachusetts.

48.   The Danielle and Company website identifies four separate retail locations within the Commonwealth of Massachusetts that offer for sale the product line of Danielle and Company. (Ex. 18)

49.   It is clear therefore, that Danielle and Company contracts with local retail establishments to supply its products in the Commonwealth of Massachusetts.

50.   I discovered that Danielle and Company products are also offered for sale within the Commonwealth of Massachusetts via many websites, including www.babyage.com , www.upurea.com and www.giftsfromadistance.com. (Exhibit 19)

51.   In fact, as of this day, Danielle's company still markets the Man Cans on her website (Exhibit 34).

52.   On January 25, 2011, Danielle and Company sold to me in the Commonwealth of Massachusetts, through its agent Baby Age, two such infringing products, namely Manly Man Gift Set and Modern Man Gift Set. These products were sold in the Commonwealth of Massachusetts and sent to my office at 205 Northern Blvd. Newburyport, MA. (Exhibit 20).

53.   As recently as April, 2011, Danielle and Company sold to me in the Commonwealth of Massachusetts, through its agent, Upurea, Inc., an infringing product called "The Manly Man Can", which was sold to me in the Commonwealth of Massachusetts and sent to me at 205 Northern Blvd., Newburyport, MA 01950. I have attached a photograph of the invoice and packing label from Upurea, Inc,. agent of Danielle and Company. (Exhibit 21)

54.   I was particularly upset by the infringing product that Danielle and Company sold to me through its agent, Upurea, Inc., because the infringing product adopted not only my protectable "can motif" trade dress, but also the label affixed to the infringing product included the confusing "The Manley Man Can" trademark and the look and feel of the labels affixed to the infringing product directly mimicked the look and feel of my packaging labels—a white background with large, black block lettering. The offending labels also indicate Danielle and Company, Inc as the source of this infringing product, listing the web address www.danielleandcompany.com. I have attached a photo of the infringing "The Manly Man Can" which was sold to me in the Commonwealth of Massachusetts. (Exhibit 22).

55.   It is therefore clear that Danielle and Company regularly solicits business and substantially engages in the regular course of conduct to derive substantial revenue in the Commonwealth of Massachusetts through the sale of its goods.

56.    It is equally clear that Danielle and Company systematically and routinely transact substantial business in the Commonwealth of Massachusetts by promoting, distributing and selling its products in the Commonwealth of Massachusetts.

57.    Over the course of these past eight consecutive years, I have expended substantial time, effort, research, revenue and resources developing the Man Can market approach and product line. I have established the purchasing public's recognition of The Man Can trademark and distinctive "can motif" packaging and trade dress as identifying Plum Island Soap Company as the source of high quality, all natural bath products, toiletries and body care accessories. As a result of these ongoing efforts and expenditures, Plum Island Soap Company has established substantial good will in the Man Can trademark, trade dress and packaging.

58.    All of these efforts and resources have achieved significant results as exemplified by the selection of the Plum Island Soap Company Man Can as featured pick in the Holiday Gift Guide in The Boston Globe. (Exhibit 23).

59.    I have taken reasonable good faith steps to communicate with Danielle and Company, directly and through its counsel, to avoid the need for judicial intervention to protect the substantial consumer recognition and good will for my Man Can trademark and "can motif" trade dress. However, all of these efforts have proven fruitless.

60.    Danielle and Company has clearly, knowingly and intentionally copied my trademark and trade dress which I developed at substantial time, effort energy and resources. The continuing infringement on my Man Can trademark, trade dress and packaging by Danielle and Company constitutes unfair and deceptive trade practices which continues to cause harm to my reputation.

61.    As a consequence of Danielle and Company's refusal to cease and desist their activities, Plum Island has suffered monetary damage, loss of business, actual instances of consumer confusion and damage to its reputation and therefore, I am entitled to damages.

62.    Unless and until this honorable court provides an injunction preventing ongoing infringement I will continue to suffer damages.

Signed this 6th day of May, 2011 under the pains and penalties of perjury.

Michele A. Ulchak

**<ins>Certificate of Service</ins>**

On this day, June 9, 2011, I affirm that I served on all parties in this action to their

attorney by first class mail this document and any exhibits.


/s/ Patrick M. Groulx
Patrick M. Groulx

Exhibit 1



Exhibit 2

# United States of America

## United States Patent and Trademark Office

# THE MAN CAN

**Reg. No. 3,833,999**
**Registered Aug. 17, 2010**
**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

DILCHAK, MICHELE A. (UNITED STATES INDIVIDUAL), DBA PLUM ISLAND SOAP COMPANY
205 NORTHERN BLVD.
NEWBURYPORT, MA 01950

FOR: BAR SOAP; BATH GEL; BATH OILS; BATH OILS FOR COSMETIC PURPOSES; BATH SOAPS; BATH SOAPS IN LIQUID, SOLID OR GEL FORM; BODY AND BEAUTY CARE COSMETICS; BODY CREAM SOAP; COCOA BUTTER FOR COSMETIC PURPOSES; COSMETIC SOAPS; COSMETICS IN THE FORM OF MILKS, LOTIONS AND EMULSIONS; GIFT BASKETS CONTAINING NON-MEDICATED BATH PREPARATIONS AND COSMETIC PREPARATIONS; HAND SOAPS; LIQUID BATH SOAPS; LIQUID SOAPS FOR HANDS AND FACE; MEDICATED SOAP; NON-MEDICATED TOILETRIES; OILS FOR COSMETIC PURPOSES; OILS FOR TOILETRY PURPOSES; SHAVING SOAPS; SOAPS FOR BODY CARE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 2-1-2004; IN COMMERCE 3-1-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 77-832,731, FILED 9-23-2009.

MARY CRAWFORD, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

Exhibit 3



Exhibit 4



PENNSYLVANIA
**Department of State**

# Corporations

Online Services | Corporations | Forms | Contact Corporations | Business Services

**Search**
* By Business Name
* By Business Entity ID
  Verify
* Verify Certification
  Online Orders
* Register for Online
  Orders
* Order Good Standing
* Order Certified Documents
* Order Business List
  My Images
* Search for Images

### Business Entity
### Filing History

Date: 12/10/2010   (Select the link above to
view the Business Entity's
Filing History)

## Business Name History

| Name | Name Type |
|------|-----------|
| DANIELLE AND COMPANY, INC. | Current Name |

## Business Corporation - Domestic - Information

| | |
|---|---|
| **Entity Number:** | 3331073 |
| **Status:** | Active |
| **Entity Creation Date:** | 8/29/2005 |
| **State of Business.:** | PA |
| **Registered Office Address:** | 320 S STATE ST |
| | CLARKS SUMMIT PA 18411-Lackawanna |
| **Mailing Address:** | No Address |

## Officers

| | |
|---|---|
| **Name:** | **DANIELLE K FLEMING** |
| **Title:** | **President** |
| **Address:** | 506 S BLAKELY ST DUNMORE PA 18512-35 |
| **Name:** | **DANIELLE K FLEMING** |
| **Title:** | **Secretary** |
| **Address:** | 506 S BLAKELY ST DUNMORE PA 18512-35 |
| **Name:** | **DANIELLE K FLEMING** |

Exhibit 5



Exhibit 6 Page  1

# LAW OFFICE OF DAVID HERLIHY

14 STANIFORD STREET
NEWTON, MASSACHUSETTS 02466

COPYRIGHT                                          PHONE (617) 964-4006

TRADEMARK                                          FACSIMILE (617) 964-4016

ENTERTAINMENT                                      E-MAIL david@herlihylaw.com

Danielle K. Fleming                                November 20, 2009

Founder and CEO

Danielle and Company, Inc.

831 Adams Ave. Scranton, PA 18510

Dear Ms. Fleming,

I am intellectual property counsel to Michele A. Ulchak, doing business as The Plum Island Soap Company. As you may know, my client has adopted and has been using the trademark "THE MAN CAN" from at least as early as March, 2004 in connection with bath products, toiletries, body and beauty care accessories including soaps, shampoo, gel, oils, after shower, butter, body mitt and associated distinctive packaging.

During these past five years, my client has expended significant time, money, and effort to establish public recognition of her mark and distinctive packaging as identifying her as the source of high quality bath products, toiletries, body and beauty care accessories and she has established substantial good will in this mark and packaging. My client has used THE MAN CAN trademark in advertising and promoting her sale of these products throughout the United States and internationally as well. As a result of these efforts, my client has established substantial consumer recognition of, and good will in the trademark THE MAN CAN and it has become one of my client's valuable assets.

In addition, my client owns the copyright in and to the creative works for the original packaging and two-dimensional graphic design for the MAN CAN line of products as well in the associated promotional, marketing and advertising materials, including print advertisements, flyers, brochures, and web site.

Exhibit 6 Page 2

Danielle K. Fleming
November 20, 2009
Page 2

My client has filed an application for federal registration of THE MAN CAN trademark at the United States Patent and Trademark Office, Serial No. 77832731 as well as copyright applications for the variety of creative works and promotional and marketing materials for THE MAN CAN. For your reference. I enclose a copy of the federal trademark application and the copyright deposit material submitted to the Library of Congress in connection with my client's copyrights.

It has recently come to my client's attention that you are using the designations "The Manly Man Can", "The Modern Man Can" and "The Classic Man Can" in connection with toiletries, including body wash, lotion and bar soap on your website, http://danielleandcompany.com, and that the presentation of your products is substantially similar to my client's protected copyrighted expression.

The names "The Manly Man Can", "The Modern Man Can" and "The Classic Man Can" my client's trademark THE MAN CAN are substantially similar in their entireties as to appearance, sound, connotation and commercial impression. Furthermore, because the names "The Manly Man Can", "The Modern Man Can" and "The Classic Man Can" and my client's trademark, THE MAN CAN are used in connection with the same goods, the purchasing public is likely to be confused, and such use is likely to cause mistake or to deceive the public as to the source or origin of the respective goods. Moreover, your website and promotional and marketing materials are substantially similar to my client's creative works and likely violate my client's exclusive rights in her copyrights.

As such, your use of the "The Manly Man Can", "The Modern Man Can" and "The Classic Man Can" constitutes unfair competition, unfair and deceptive trade practices, trademark infringement, false designation of origin and copyright infringement and are a violation of state and federal law, including without limitation, The Lanham Act, 15 U.S.C. § 1125(a)§43(a) and The Copyright Act, 17 U.S.C.§ 101, et seq..

You should be aware that remedies for successful claims of trademark infringement and unfair competition range from injunctions to treble damages with costs and fees. In addition, the Copyright Act provides that a copyright owner can sue for

Exhibit 6 Page 3

Danielle K. Fleming
November 20, 2009
Page 3

either actual or statutory damages, plus attorney's fees, as well as injunctive relief. In lieu of actual damages and profits, a copyright owner can recover statutory damages under the appropriate circumstances, of up to One Hundred Fifty Thousand Dollars ($150,000.00) *per copyrighted work* plus costs and attorney's fees.

Under the circumstances, I have no choice but to demand on behalf of my client that you cease and desist at once using the "The Manly Man Can", "The Modern Man Can", "The Classic Man Can" and any other confusingly similar names. I further demand that you recall all samples using the name "The Manly Man Can", "The Modern Man Can" and "The Classic Man Can" in the trade, including, without limitation, brochures, flyers, advertisements and web sites. Finally, I demand that you inform in writing all vendors with which you do business, including, without limitation, retailers, wholesalers, resellers, catalogers, and publications in which advertising referencing "The Manly Man Can", "The Modern Man Can" and "The Classic Man Can" has appeared, that you will no longer use the designations "The Manly Man Can", "The Modern Man Can" and "The Classic Man Can" and that your company is in no way associated with my client.

Your cooperation will certainly be appreciated by my client and will be a factor in how far my client need press this matter. This dispute can be concluded very quickly, possibly without the assessment of any monetary damages or lost profits, if you fully comply with this cease and desist demand.

Please let me have your written assurances on or before Friday, December 11, 2009, that you will comply with the foregoing demands. This is not to say that you shall have accomplished all these things by December 11, 2009, only that you will promise to do so by that date. If, on the other hand, you fail to so advise me by December 11, 2009, I shall advise my client, without further notice to you, to take such legal steps as she deems advisable to assert her rights, including seeking injunctive relief, recovery of profits, assessing multiple damages and costs thereof (including reasonable attorney fees), and otherwise to protect her interests.

Exhibit 6 Page 4

Danielle K. Fleming
November 20, 2009
Page 4

  The foregoing is not intended to constitute a complete or exhaustive statement of all facts, rights or claims relating to this matter, nor is it intended, nor should it be construed as a waiver, release or relinquishment of any of my client's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.

  We hope we can resolve this matter amicably, and look forward to receiving your assurances promptly.

      Very truly yours,



      David Herlihy

DAH/me
Enc.
Cc Michele A. Ulchak (via US Mail w/ enclosures)

Exhibit 7

# Riddle Patent Law

U.S. AND INTERNATIONAL
INTELLECTUAL PROPERTY
PATENTS, TRADEMARKS, COPYRIGHTS

434 Lackawanna Ave., Suite 200
Scranton, Pennsylvania 18503
CHARLES L. RIDDLE, ESQ.

FEDERAL CIVIL LITIGATION
DISPUTE RESOLUTION
AGREEMENTS & LICENSING

December 15, 2009

*Via Email*
David Herlihy, Esq.
14 Staniford Street
Newton, Massachusetts 02466
david@herlihylaw.com

Re:     **Danielle and Company, Inc.; THE MAN CAN / R-90244**

Dear Mr. Herlihy,

      I am an intellectual property counsel to Danielle and Company, Inc.  I was recently forwarded your letter of November 20, 2009.  I am undertaking an examination of your correspondences and the issues stated therein.  I will need to consult with my client thereafter to determine how best to proceed with your client's demands.  I expect to provide you a response by the week of January 4, 2010.

      Thank you for your consideration.  I extend warmest regards to you and yours this holiday season.

      Sincerely,

      /clr/

      Charles L. Riddle

cc: Danielle and Company, Inc.

PHONE
(570) 344-4439

EMAIL
CHARLES@CHARLESLRIDDLE.COM

FAX
(570) 300-1606

Exhibit 8

# Riddle Patent Law

U.S. AND INTERNATIONAL
INTELLECTUAL PROPERTY
PATENTS, TRADEMARKS, COPYRIGHTS

434 Lackawanna Ave., Suite 200
Scranton, Pennsylvania 18503
CHARLES L. RIDDLE, ESQ.

FEDERAL CIVIL LITIGATION
DISPUTE RESOLUTION
AGREEMENTS & LICENSING

February 3, 2010

*Via Email*
David Herlihy, Esq.
14 Staniford Street
Newton, Massachusetts 02466
david@herlihylaw.com

**Re:    Danielle and Company, Inc.; THE MAN CAN / R-90244**

Dear Mr. Herlihy,

Following up from our last correspondence, I have conferred with the client and they have confirmed that they would like to resolve this matter without further escalation. To that end, my client proposes to transition to new labeling that will make no reference to the word "Can". An example of the proposed labeling is enclosed for your reference.

Please let me have your comments as to the proposed transition, as my client wishes to proceed free of threats of infringement.

Sincerely,

/clr/

Charles L. Riddle

Enclosure

cc: Danielle and Company, Inc.

PHONE
(570) 344-4439

EMAIL
CHARLES@CHARLESLRIDDLE.COM

FAX
(570) 300-1606

Exhibit 9 Page 1

# LAW OFFICE OF DAVID HERLIHY

14 STANIFORD STREET
NEWTON, MASSACHUSETTS 02466

COPYRIGHT

PHONE (617) 964-4006

TRADEMARK

FACSIMILE (617) 964-4016

ENTERTAINMENT

E-MAIL david@herlihylaw.com

**VIA ELECTRONIC MAIL**

Charles L. Riddle, Esq.

April 1, 2010

Riddle Patent Law

434 Lackawanna Ave., Suite 200

Scranton, Pennsylvania 18503

Re:    Danielle and Company, Inc.; THE MAN CAN / R-90244

Dear Attorney Riddle,

I have had an opportunity to confer with my client with regard to your proposal wherein you suggest that your client would transition to new labeling, yet would presumably continue to use the "Can motif" trade dress in connection with the promotion, marketing and sale of body wash, lotion, soap and bath care products.

Please be aware, this month marks the beginning of the seventh consecutive year that Plum Island Soap Company has been using the distinctive "Can motif" trade dress packaging and design to signify my client as the source of high quality bath products, toiletries, body and beauty care accessories. Over this period, my client has achieved strong national and international sales, supported by consistent advertising, promotion and publicity and the "Can motif" trade dress has become instantaneously identifiable to indicate the Plum Island Soap Company as the source of bath products in the mind of the purchaser.

Even with the proposed discontinuation of your client's use of the Can trade name derivations, your client's use of the "Can motif" is nonetheless substantially similar in its entirety as to the appearance and commercial impression of my client's trade dress. Because your client would use the "Can motif" in connection with the same goods, the purchasing public would likely be confused, and such use would likely cause mistake or deceive the public as to the source or origin of the respective goods. Accordingly, we believe that your client's use of the "Can motif" as well as the Can trade name derivations constitutes unfair competition, unfair and deceptive trade practices, trademark infringement, false designation of origin and is a violation of state and federal law, including without limitation, The Lanham Act, 15 U.S.C. § 1125(a)§43(a).

Exhibit 9 Page 2

Charles Riddle, Esq.
4/1/10
Page 2

Therefore, after careful consideration, on behalf of my client, I must reject your proposal and demand that your client immediately cease and desist using the "Can motif" trade dress as well as any and all "Can" trade name derivations and any other confusingly similar trade dress and/or trade names.

I further demand that your client recall and remove all samples using the "Can motif" trade dress and any and all "Can" trade name derivations in the trade, including, without limitation, brochures, flyers, advertisements and web sites. Finally, I demand that your client inform in writing all vendors with which your client does business, including, without limitation, retailers, wholesalers, resellers, catalogers, and publications in which advertising referencing the "Can motif" trade dress and/or the "Can" name derivations has appeared, that your client will no longer use such trade dress and/or designations or any similar trade dress and/or designation and that your client's company is in no way associated with my client.

Please let me have your client's written assurances on or before Friday, April 16, 2010, that your client will comply with the foregoing demands. If you fail to so advise me by April 16, 2010, I shall advise my client, without further notice to you, to take such legal steps as she deems advisable to assert her rights, including seeking injunctive relief, recovery of profits, assessing multiple damages and costs thereof (including reasonable attorney fees), and otherwise to protect her interests.

The foregoing is not intended to constitute a complete or exhaustive statement of all facts, rights or claims relating to this matter, nor is it intended, nor should it be construed as a waiver, release or relinquishment of any of my client's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.

We hope we can resolve this matter amicably, and look forward to receiving your assurances promptly.

Very truly yours,

s/DAH/

David Herlihy

Cc Michele A. Ulchak (via electronic mail)

Exhibit 10  Page 1

# Riddle Patent Law

U.S. AND INTERNATIONAL
INTELLECTUAL PROPERTY
PATENTS, TRADEMARKS, COPYRIGHTS

434 Lackawanna Ave., Suite 200
Scranton, Pennsylvania 18503
CHARLES L. RIDDLE, ESQ.

FEDERAL CIVIL LITIGATION
DISPUTE RESOLUTION
AGREEMENTS & LICENSING

April 16, 2010

*Via Email*
David Herlihy, Esq.
14 Staniford Street
Newton, Massachusetts 02466
david@herlihylaw.com

Re:    Danielle and Company, Inc.; THE MAN CAN / R-90244

Dear Mr. Herlihy,

Following up from your letter of April 1, 2010, I can confirm that my client has
discontinued use of the disputed label on its products.  My client has adopted the attached
designs for use with its paint can line of products.  As you can see from the designs, there is no
possible likelihood of confusion going forward.  The label designs are completely dissimilar.
Accordingly, you have no basis to continue your threats.  My client has endured significant
expense relating to the label transition based on your assertions.  They believe this is enough.

As for the idea of presenting products using paint cans as vessels, your client is not
entitled to claim a monopoly over such and idea unless a patent is granted on such.  Moreover,
there are numerous examples of third parties using the paint can idea.  Please refer to the
examples below.

http://www.aimeeasher.com/shoppe/product.php?productid=2295

http://www.wrappedforlife.com/store/WsPages.asp?ID=3

http://www.scrappindoodles.com/index.php?main_page=product_info&products_id=810

http://www.etsy.com/view_listing.php?listing_id=36532648

http://www.hobbylobby.com/assets/pdf/project_inspiration/projects/HL-807.pdf

http://giftsthatsaywow.blogspot.com/2007/09/paint-can-gift.html

http://www.elizabethannedesigns.com/blog/2009/02/27/wedding-details-paint-can-gift-
baskets/

PHONE
(570) 344-4439

EMAIL
CHARLES@CHARLESLRIDDLE.COM

FAX
(570) 300-1606

Exhibit 10  Page  2

Page 2

Charles L. Riddle, Esq.
RIDDLE Patent Law

I believe it is in our clients' best interest to move beyond this dispute.  As I stated earlier, my client has endured significant costs relating to the transition - so to further distinguish the goods at issue and avoid any likelihood of confusion.  We now consider this matter closed.  If your client intends to pursue the matter further, I would ask that you apprise me of such so that I may counsel my client accordingly and attempt to address any further concerns.

Respectfully Submitted,

/clr/

Charles L. Riddle

cc: Danielle and Company, Inc.

PHONE
(570) 344-4439

EMAIL
CHARLES@CHARLESLRIDDLE.COM

FAX
(570) 300-1606

Exhibit 11



Exhibit 12 Page 1

# LAW OFFICE OF DAVID HERLIHY

14 STANIFORD STREET
NEWTON, MASSACHUSETTS 02466

COPYRIGHT

TRADEMARK

ENTERTAINMENT

PHONE (617) 964-4006

FACSIMILE (617) 964-4016

E-MAIL david@herlihylaw.com

**VIA ELECTRONIC MAIL**

Charles L. Riddle, Esq.                                   November 5, 2010

Riddle Patent Law

434 Lackawanna Ave., Suite 200

Scranton, Pennsylvania 18503

Re:   Danielle and Company, Inc.; THE MAN CAN / R-90244

Dear Attorney Riddle,

        This letter is written in response to your communication, dated April 16, 2010 with regard
to the above-referenced matter. Please be advised, my client has engaged Jeffrey Baker, Baker
and Associates, as litigation co-counsel in this matter. My client is the owner of the federally
registered trademark The Man Can®. I have attached a copy of the registration for your
reference.

        As you and your client are aware, the Plum Island Soap Company has been using the
"can motif" as trade dress for *bath products, cosmetics & toiletries* continuously for seven years,
with strong national and international sales. There has been consistent advertising, promotion,
and publicity and the "can motif" trade dress has become instantaneously identifiable to indicate
The Plum Island Soap Company as the source of *bath products, cosmetics & toiletries* in the
mind of the consumer.

        Your assertion that there are "numerous examples of third parties using the paint can
idea" is irrelevant, as none of your proffered examples involve *bath products, cosmetics &
toiletries*. Moreover, your contention that a patent would be necessary to protect my client's
trade dress is erroneous.

Exhibit 12 Page 2

Charles Riddle, Esq.
11/5/10
Page 2

We maintain that The Plum Island Soap Company "can motif" is distinctive and nonfunctional, and is enforceable as trade dress. Additionally, we believe that Danielle and Company, Inc.'s use of virtually identical packaging on similar goods has created a likelihood of confusion. Therefore, Danielle and Company, Inc.'s use of the "can motif" constitutes unfair competition, unfair and deceptive trade practices, trademark infringement, false designation of origin, and is a violation of state and federal law, including without limitation, The Lanham Act, 15 U.S.C. § 1125(a)§43(a).

I hereby demand that your client immediately cease and desist using the "can motif" trade dress, that your client recall and remove all samples using the "can motif" trade dress in trade, including, without limitation, brochures, flyers, advertisements and web sites. I also demand that your client provide an accounting of all sales of product utilizing the "can motif" and turnover all profits derived therefrom to my client forthwith.

Please let me have your client's written assurances on or before Friday, November 19, 2010, that your client will comply with the foregoing demands. If you fail to so advise me by November 19, 2010, I shall advise my client, without further notice to you, to initiate a lawsuit seeking injunctive relief, recovery of profits, assessing multiple damages and costs thereof (including reasonable attorney fees), and otherwise to protect her interests.

The foregoing is not intended to constitute a complete or exhaustive statement of all facts, rights or claims relating to this matter, nor is it intended, nor should it be construed as a waiver, release or relinquishment of any of my client's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.

I look forward to your timely response.

Very truly yours,

/s/David Herlihy

CC Michele Ulchak (via electronic mail)
    Jeffrey Baker (via electronic mail)

Exhibit 13

-------- Original Message --------
Subject: [SPAM] Re: Plum Island Soap Company
From: "Charles L. Riddle" <CHARLES@CHARLESLRIDDLE.COM>
Date: Sat, December 11, 2010 1:26 pm
To: David Herlihy <david@herlihylaw.com>

David,

 At this point, my client is potentially agreeable to demands 1 and 2.
 Regarding the remaining demands, I need to meet and confer with the client
before I can provide you a response.  I am attempting to schedule a meeting
this upcoming week, and I will attempt to follow up with you by the end of
this week.

Sincerely,

Charles

Charles L. Riddle, Esq.
Riddle Patent Law, LLC

434 Lackawanna Ave.
Suite 200
Scranton, PA 10503

1060 First Avenue
Suite 400
King of Prussia, PA 19406

570-344-4439 p
570-300-1606 f
484-300-6325 direct

On Dec 3, 2010, at 7:18 PM, David Herlihy wrote:
Dear Attorney Riddle, Please see the attached. Very truly yours, David
Herlihy
--
CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents,
files or previous-mail messages attached to it, may contain confidential
information that is legally privileged. If you are not the intended recipient, or
a person responsible for delivering it to the intended recipient, you are
hereby notified that any disclosure, copying, distribution or use of any of the
information contained in or attached to this message is STRICTLY
PROHIBITED. If you have received this transmission in error, please
immediately notify us by reply e-mail at david@herlihylaw.com or by
telephone at (617) 964-4006, and destroy the original transmission and its
attachments without reading them or saving them to disk. Thank you.
--
Law Office of David Herlihy
14 Staniford Street
Newton, MA 02466
P:(617) 964-4006
F:(617) 964-4016
<101203_PI_C&D.pdf><101028_Man_Can_TM_Cert.pdf>

Exhibit 14

From: boutiqueshe_she@verizon.net
To: pisoap@aol.com
Sent: 5/18/2011 7:12:10 P.M. Eastern Daylight Time
Subj: Boutique She-She

I recall viewing THE MAN CAN a couple of years ago while attending the NYIGF at
Javits.  Since then I've opened my very girly boutique storefront in downtown
Hampton VA.  Having kept this product in the back of my mine, I'd like to try it in
my store.  I'd appreciate more information

Thanks muchly
Betty Lewis, owner
Boutique she-she llc

Exhibit 15 Page 1



Contact: Danielle K. Fleming
Founder and CEO
Danielle and Company, Inc.
831 Adams Ave. Scranton, PA 18510
Phone: 1-800-893-5950
E-mail: D@DanielleandCompany.com
Website: www.DanielleandCompany.com

**FOR IMMEDIATE RELEASE**

## DANIELLE AND COMPANY® EXHIBITS AT THE PREMIER NEW YORK INTERNATIONAL GIFT FAIR

**SCRANTON, PA., January 12, 2009** - Danielle and Company, manufacturers of award-winning organic products for your bath, body and home, will be exhibiting in booth 7432 at the New York International Gift Fair (NYIGF) at the Jacob J. Javits Convention Center, in New York City. The NYIGF runs Sunday, January 25 through Thursday, January 29, 2009. Exhibits open daily at 9am.

Twice a year, an astounding array of the world's best home, gift and lifestyle resources converge at the NYIGF, offering an incredible selection of exceptional merchandise in one convenient, well-organized marketplace. The NYIGF includes more than 36,000 buyers and 3,000 exhibitors. The expo features brilliant, business-boosting seminars and workshops, networking opportunities with leaders in the field, and all the excitement of New York City.

Danielle and Company will have all of their products on display including the new Organic Beeswax and Pure Soy Candle and Organic Hand & Body Lotion, perfect for dry and wintry skin. As a socially and ecologically responsible company, Danielle and Company donates 5% of the net proceeds from the sale of the candles to Penn State University's Honeybee Research Facility, a world leader in honeybee research. The Honeybee Research Fund will support research, education and outreach efforts in the areas of honeybee biology, health, pollination services and finding a solution for Colony Collapse Disorder. The eco-friendly candle is made from recycled glass with 100% cotton wick for a clean burn.  It is also designed to be reused as a contemporary drinking glass.

Other products at the show include their line of organic bar soaps and organic body washes in 14 scents for both men and women that are based on the psychology of scent.  They will also be launching two new scents, Pure Lime and Orange Blossom.  Lastly, they will be promoting their soon-to-launch 99% Organic Lip Balm made with pure essential oils and moisturizing shea butter.

Danielle's products are fully biodegradable and packaged in eco-friendly materials that are recyclable. In addition to experiencing mood enhancement and smoother, healthier skin, those

Exhibit 15 Page 2

who use her products can rest assured that they are using products as good for our environment
as they are for their bodies.

### 

About Us
Founder and CEO, Danielle Kelli Fleming, is a Certified Behavioral Therapist who specializes in
the human psychological response to scent. She creates her scents to evoke the senses and to
provide "a little bit of daily therapy in the shower." The scents are classified into 5 categories:
Focus, Elevate, Relax, Balance and Sensual and are available in organic bar soaps, body washes,
lotions and candles in 14 scents in both full and travel sizes. Danielle's scents are enjoyed by
both men and women.

**Our Products**
Danielle organic bath products are made with pure organic shea butter and essential oils, known
for its superb moisturizing benefits. All of Danielle's eco-friendly products are completely naked
of fillers, preservatives, sulfates, petrochemicals, GMOs and parabens. They are also cruelty-
free.

Read more at www.DanielleandCompany.com.
www.nyigf.com

Exhibit 16 Page 1



**Contact: Danielle K. Fleming**
**Founder and CEO**
**Danielle and Company, Inc.**
**831 Adams Ave. Scranton, PA 18510**
**Phone: 1-800-893-5950**
**E-mail: D@DanielleandCompany.com**
**Website: www.DanielleandCompany.com**

**FOR IMMEDIATE RELEASE**

### DANIELLE AND COMPANY® ANNOUNCES
### 4 NEW PRODUCT LAUNCHES THIS SEASON

**SCRANTON, PA., July 06, 2009** - Danielle and Company, manufacturers of award-winning organic products for your bath, body and home, will be launching 2 new product lines, 1 gift line and 2 new scents this tradeshow season.

First to launch is Danielle and Company's **Organic Beeswax and Pure Soy Candle**, available in 14 authentic scents. This proprietary blend of organic bee and soy wax allows for a clean burning, long lasting and perfectly scented candle. A pure cotton wick provides a soft glow and the scents are created from essential oils and natural aromas. The ingredients in the candle are sustainable, renewable, biodegradable and non-toxic and are naked of any dyes, fillers, chemicals or additives. All of the candles are hand-poured in our factory in Scranton, Pennsylvania.

Not only are the ingredients sustainable, but the packaging is as well. The candle is poured into a recycled glass which has the purpose to be reused as a drinking glass. The box is recyclable and printed with soy ink.

The new organic beeswax and pure soy candle debuts with a purpose to help save the honeybees. As a company committed to the sustainability of the earth, Danielle and Company will donate 5% of the net proceeds from the sale of the candles to Penn State University's Honeybee Research Facility, a world leader in honeybee research. The Honeybee Research Fund will support research, education and outreach efforts in the areas of honeybee biology, health, pollination services and finding a solution for Colony Collapse Disorder.

Second to launch is Danielle and Company's **Organic Hand & Body Lotion.** It is a harmonious blend of Organic Oils of Coconut and Sunflower with Vitamins E & C to restore moisture to the skin, leaving it soft to the touch. This light, non-greasy lotion is the perfect moisturizer for anytime of the year! It is available in their 14 signature scents and some scents are available in travel sizes.

Third to launch are Danielle and Company's **Man Cans**, the perfect gift for Men this holiday season. These cans were inspired when Danielle was tired of making gift baskets for men during

Exhibit 16 Page 2

the holiday season knowing that they would never use the gift basket. So to be creative, she decided to put her fabulous male scented products in paint cans! Know this is something every man can use! Available in Manly Man Can, Classic Man Can, Modern Man Can and The Naked Man Can (unscented). Each gift includes a full size organic bar soap, body wash, lotion and bath poof.

Lastly, **two new scents** are added to the Danielle and Company line.

**Pure Lime**
Mood: Elevate
Experience: Uplifting & Refreshing
Scent Profile: The freshly squeezed aroma of pure lime blended with a touch of sugar makes this scent sweet and rejuvenating. It's as if you can taste the lime when you smell it!

**Orange Blossom:**

Mood: Sensual
Experience: Soft & Captivating
Scent Profile: Inspired by the beauty of the orange in bloom, the synergistic blend of sweet orange, ylang-ylang, tangerine and neroli makes this scent soft and subtle yet intriguing to the senses.

<center>###</center>

About Us
Founder and CEO, Danielle Kelli Fleming, is a Certified Behavioral Therapist who specializes in the human psychological response to scent. She creates her scents to evoke the senses and to provide "a little bit of daily therapy in the shower." The scents are classified into 5 categories: Focus, Elevate, Relax, Balance and Sensual and are available in organic bar soaps, body washes, lotions and candles in 14 scents in both full and travel sizes. Danielle's scents are enjoyed by both men and women.

**Our Products**
Danielle organic bath products are made with pure organic shea butter and essential oils, known for its superb moisturizing benefits. All of Danielle's eco-friendly products are completely naked of fillers, preservatives, sulfates, petrochemicals, GMOs and parabens. They are also cruelty-free.

*Editors: Danielle K. Fleming is available for interviews and photo opportunities and high and low res images are available upon request. To make an appointment, please call 570-207-1777.*

Exhibit 17 Page 1

From: bydyzne@hotmail.com
To: pisoap@aol.com
Sent: 5/4/2011 2:06:54 P.M. Eastern Daylight Time
Subj: Business Association with Plum Island Soap

While consulting for *Far Countries*, NYC a web based resource for the trade I attended the Boston
Trade Show in 2007 and met Michele with Plum Island Soap.
I orchestrated a contract with *Far Countries* for promoting *Plum Island Soap's* complete product
line including, *The Man Can* ,thru 2009.(see attachment of e-blast for Nov., 2007)  We featured
Spotlight promotions that went on the Far Countries website including the home page, e-blasted to
trade subscribers; in addition to, featuring Plum Island Soap on a second site of Far Countries, *The
Gift and Home Channel.*

In 2009, while reading trade magazines, (monthly I read all the competing magazines in the gift
trade industries, including specialized categories such as gourmet food, baby & kids, tabletop etc)
to review new lines. I was totally caught off guard when I saw a blatant knockoff of *The Man Can* in
a product highlight section of *The Gift Shop* magazine. I notified my executive counterpart at *Far
Countries,* Joyce Kesler and notified Michele at *Plum Island Soap.* It was *Danielle & Co*

Also in  2009, I was contracted to for additional independent consulting for Plum Island
Soap. The expectation was to explore the international marketplace. I succeeded in negotiating an
international contract with *Indigo Books & gifts* for *Plum Island Soap's* first Canadian client. Initial
order was $38,003.34 and was increased by $22,773.46 for a total of $60,776.80.

The Summer of 2010, I was offered an opportunity to head the NorthEast territory of the US and
European trade market for *Talcott Publishing* for Sales & Marketing. I visited *Plum Island Soap*
shop/manufacturing location.  I met Michele to discuss taking the company to the next level and
 team up with *Giftware News* to expand her market share. In the past year she has contracted
*Talcott publishing* to promote her product line thru print and e-media to the trade (as seen in
*Giftware News* monthly magazine, www.giftwarenews.com, *Gift, Gourmet, & Decor* digital
magazine,  and *Giftware news* e-weeklys. Distribution is over 20,500 and audited by *BPA
worldwide*.

I continue to work with *Plum Island Soap* on a private consulting basis.

**Susan A. Tucker**
**Bydyzne Consulting**
**bydyzne@hotmail.com**
**914-320-2402**

*Susan A. Tucker*
*NE Regional & Europe*
*Sales Manager*
***GIFTWARE NEWS***
***Talcott Publishing***
***cell 914-320-2402***
*tel 800-683-9869*
*fax 914-509-1915*

=

Exhibit 17 Page 2

April 14, 2011

I own a retail bath shop in Massachusetts and I sell products from all over the country. One of my best selling product lines is the Plum Island Soap Company. I sell the entire line including the "Man Can". I currently subscribe to a couple of trade magazines targeting the gift industry. One of the magazines, "Gift and Decorative Accessories", also has a web site that I visit quite often. I get daily/weekly email updates from this magazine as well.

One day, last year, I received an email promoting new items for personal care. It was listed as part of the magazines "daily picks". I responded to the link attached to the email and was brought to the daily picks section for the magazine. It was there that I saw the listing for the article called "Personal care: Can it". Having purchased Plum Island products for quite some time, I got excited, thinking I was going to see the "Man Can" from Plum Island featured in the article! I immediately opened the article and saw what looked like the "Man Can" from Plum Island. I started to read the article and it was only then that I realized that this was a different company. I looked at the picture again and realized that it said "Manly Man Can" and not just "Man Can". I was really surprised and a little upset by the similarities! Both were packaged using a silver paint can with a black and white label and featured similar products! If I could make this mistake, so could my customers.

I decided to contact The Plum Island Soap Company immediately and share my concerns!

Dianne Sirard

Soak
7 State Street
Newburyport, MA 01950

Exhibit 17 page 3

From: ermc@comcast.net
To: Pisoap@aol.com
Sent: 5/4/2011 12:19:45 P.M. Eastern Daylight Time
Subj: FW: Chartis&apos; 2011 Ski Challenge, Tuesday, 3/15 - Friday, 3/18


Hey Michelle,

        David and I went to this event (see attachment). Went into the spa and saw what I thought was your Man Can on sale in the spa store. Was so excited for you until I realized that it wasn't yours. First quick glance I thought it was yours because it was the same kind of label with black and white lettering. Closer inspection reveal that it was something that was being called "the manly man can" or such.
        Just thought you would like to know the an imitation of your product could be out there!

Lizzy

Exhibit 18



Exhibit 19



Exhibit 20



RECEIVED DANIELLE CANS ON 1/28/11



Exhibit 21 Page 1



**Upurea.com Packing Slip for Order #2471**

304 Main Street
Racine, WI 53403
USA

| Billing Details | Shipping Details |
|---|---|
| MICHELE ULCHAK | MICHELE ULCHAK |
| 205 NORTHERN BOULEVARD | 205 NORTHERN BOULEVARD |
| NEWBURYPORT, Massachusetts 01950 | NEWBURYPORT, Massachusetts 01950 |
| United States | United States |
| Phone: 978-273-8466 | Phone: 978-273-8466 |

Order: #2471

Order Date: 7th Apr 2011

Shipping Method:   UPS (Next Day Air Saver)

**Shipped Items**

| Qty | Code/SKU | Product Name |
|---|---|---|
| 1 | 000000012763 | Classic Man Can Gift Set |

Exhibit 21 Page 2



Exhibit 22



Exhibit 23



Exhibit 24

SEARCH

Home | My Account | My Wishlist | My Cart ($0.00) | Checkout | Log In

DANIELLE® AND COMPANY

SHOP ABOUT US LEARN PRESS BLOG STORE LOCATOR WHOLESALE

Free Shipping On All Orders $69 or Over! Find Us On:

Home > Search

## Search Results

You searched for all products matching **"man can"** in **Value Added Packages - Wholesale**

**Narrow by Category**

- **Value Added Packages - Wholesale** (remove)

**Displaying products 1 - 2 of 2 results**

Show: 20 Sort: Default

**Gold Package**

**Price:** For Sale to Wholesale Customers

MORE INFO

Full Size Products (Bar Soap, Body Wash, Lotion & Candle) in 14 Scents & Travel Size (Bar Soap, Body Wash, Lotion, Shampoo, Conditioner) Products in 6 Scents, Lip Balm in 8 Flavors, Man Cans, Organic Soap Garden, Travel Sets

**Platnium Package**

**Price:** For Sale to Wholesale Customers

MORE INFO

Full Size Products (Bar Soap, Body Wash, Lotion & Candle) in 14 Scents & Travel Size (Bar Soap, Body Wash, Lotion, Shampoo, Conditioner) Products in 6 Scents, Lip Balm in 8 Flavors, Man Cans, Organic Soap Garden, Travel Sets & Accessories

Home About Us Contact Us My Account Shipping Policy Return Policy Privacy Policy Sitemap Cart Help

