Danielle and Company, Inc.

831 Adams Ave.
Scranton, PA 18510

# Invoice

| Date | Invoice # |
|---|---|
| 5/14/2010 | 1811 |

**PAID**

| Bill To |
|---|
| BabyAge<br>360 Stewart Rd<br>Wilkes-Barre, PA 18706 |

| Ship To |
|---|
| BabyAge<br>360 Stewart Rd<br>Wilkes-Barre, PA 18706 |

| P.O. No. | Terms | Rep | Ship Date | Ship Via |
|---|---|---|---|---|
| PO #0175720 | Net 30 | BF | 5/18/2010 | Hand Delivery |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 10825 | The Modern Man Can | 6 | 22.50 | 135.00 |
| 10832 | The Manly Man Can | 12 | 22.50 | 270.00 |
| 10818 | The Classic Man Can | 6 | 22.50 | 135.00 |

We are honored to have you as a new customer!

| | |
|---|---|
| **Total** | $540.00 |
| **Payments/Credits** | $-540.00 |
| **Balance Due** | $0.00 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 570-207-1777 | 570-207-1780 | donna@danielleandcompany.com | www.DanielleandCompany.com |