Danielle and Company, Inc.

831 Adams Ave.
Scranton, PA 18510

# Invoice

| Date | Invoice # |
|---|---|
| 6/22/2009 | 1513 |

| Bill To |
|---|
| Upurea, Inc.<br>304 Main Street<br>Racine, WI 53403 |

| Ship To |
|---|
| Upurea, Inc.<br>304 Main Street<br>Racine, WI 53403 |

| P.O. No. | Terms | Rep | Ship Date | Ship Via |
|---|---|---|---|---|
| BACK ORDER | Net 30/90 Consign... | BF | 6/23/2009 | UPS |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 10207 | Lemongrass & Peppermint Organic Beeswax & Soy Candle 9.8 oz | 6 | 9.75 | 58.50 |
| 10207T | Lemongrass & Peppermint Organic Beeswax & Soy Candle 9.8 oz. Tester | 1 | 0.00 | 0.00 |
| 10290 | Manly Man Organic Beeswax & Soy Candle 9.8 oz. | 6 | 9.75 | 58.50 |
| 10290T | Manly Man Organic Beeswax & Soy Candle 9.8 oz. Tester | 1 | 0.00 | 0.00 |
| 10818 | The Classic Man Can | 3 | 22.50 | 67.50 |
| 10818D | The Classic Man Can Display Can | 1 | 12.00 | 12.00 |
| 10825 | The Modern Man Can | 3 | 22.50 | 67.50 |
| 10825D | The Modern Man Can Display Set | 1 | 12.00 | 12.00 |
| 10832 | The Manly Man Can | 1 | 22.50 | 22.50 |
| 10832D | The Manly Man Can Display Set | 1 | 12.00 | 12.00 |
| 10849 | The Naked Man Can | 1 | 22.50 | 22.50 |
| 10849D | The Naked Man Can Display Set | 1 | 12.00 | 12.00 |

We are honored to have you as a customer!

| | |
|---|---|
| **Total** | $345.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $345.00 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 570-207-1777 | 570-207-1780 | donna@danielleandcompany.com | www.DanielleandCompany.com |

Danielle and Company, Inc.

831 Adams Ave.
Scranton, PA 18510

**Invoice**

| Date | Invoice # |
|---|---|
| 9/17/2009 | 1629 |

PAID

| Bill To |
|---|
| Upurea, Inc.<br>304 Main Street<br>Racine, WI 53403 |

| Ship To |
|---|
| Upurea, Inc.<br>304 Main Street<br>Racine, WI 53403 |

| P.O. No. | Terms | Rep | Ship Date | Ship Via |
|---|---|---|---|---|
|  | Net 30/90 Consign... | BF |  |  |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 10504 | Orange Blossom Organic Body Lotion Travel 2 oz. | 1 | 2.00 | 2.00 |
| 10412 | Purely Naked Organic Body Lotion 8 oz. | 1 | 7.00 | 7.00 |
| 01170 | Spearmint and Patchouli Organic Soap 6 oz. Bar | 1 | 4.00 | 4.00 |
| 10146 | Purely Naked-Unscented Organic Body Wash 8 oz | 1 | 7.00 | 7.00 |
| 01637 | Manly Man Organic Soap 6 oz. Bar | 1 | 4.00 | 4.00 |
| 01125 | Pure Oats Organic Bar Soap 6 oz. | 1 | 4.00 | 4.00 |
| 10498 | Pure Oats Organic Body Lotion Travel 2 oz | 1 | 2.00 | 2.00 |
| 10481 | Pure Lime Organic Body Lotion Travel 2 oz. | 1 | 2.00 | 2.00 |
| 10696 | Pure Lime Organic Bar Soap Travel 1 oz. | 1 | 1.00 | 1.00 |
| 10351 | Spearmint & Patchouli Organic Body Lotion 8 oz. | 1 | 7.00 | 7.00 |
| 01422 | Lemongrass and Peppermint Organic Soap Mini 1 oz. | 1 | 1.00 | 1.00 |
| 10399 | Green Tea and Melon Organic Body Lotion 8 oz | 1 | 7.00 | 7.00 |
| 10436 | Manly Man Organic Body Lotion 8 oz. | 1 | 7.00 | 7.00 |
| 01095 | Ivy and Aloe Organic Soap 6 oz. Bar | 2 | 4.00 | 8.00 |
| 01163 | Lemongrass and Peppermint Organic Soap 6 oz. Bar | 2 | 4.00 | 8.00 |
| 10214 | Spearmint & Patchouli Organic Beeswax & Soy Candle 9.8 oz. | 2 | 9.75 | 19.50 |
| 10801 | Manly Man Organic TSA-Friendly Travel Set | 1 | 11.00 | 11.00 |
| 10832 | The Manly Man Can | 1 | 22.50 | 22.50 |
| 10849 | The Naked Man Can | 1 | 22.50 | 22.50 |

| | |
|---|---|
| **Total** | $146.50 |
| **Payments/Credits** | $-146.50 |
| **Balance Due** | $0.00 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 570-207-1777 | 570-207-1780 | donna@danielleandcompany.com | www.DanielleandCompany.com |